UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 8:18CR335-GJH |
| v. | ) | |
| | ) | |
| JASHON FIELDS | ) | |
|    Defendant. | ) | |

**MOTION FOR A COMPETENCY EVALUATION AND HEARING**

Counsel for Jashon Fields hereby moves this Court for a hearing to determine Mr. Sueiro's competency, pursuant to 18 U.S.C. §§ 4241 and 4247(b). In support of this motion, undersigned counsel states as follows:

1. Mr. Fields is charged by superseding indictment with conspiracy, in violation of 18 U.S.C. § 371 (Count 1), to commit the offense of interstate transportation of stolen property in violation of 18 U.S.C. § 2314.

2. During the course of multiple meetings with Mr. Fields, undersigned counsel has become concerned that Mr. Fields is "unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241.

3. The detailed reasons for counsel's concern were presented in a sealed, *ex parte* attorney inquiry hearing before the Honorable A. David Copperthite, on June 19, 2019. Judge Copperthite held, and undersigned counsel agrees, that an evaluation and hearing pursuant to 18 U.S.C. §§ 4241 and 4247(b) are necessary.

4. In order to avoid undue delay, undersigned counsel respectfully asks this Court to order that the evaluation be conducted at the Chesapeake Detention Facility, where Mr. Fields is being held.

WHEREFORE, for all of the following reasons, this Court should order a competency evaluation and hearing in accordance with 18 U.S.C. §§ 4241 and 4247(b).

    Respectfully Submitted,

By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, D. Md. Bar. 07233
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document via ECF and a copy will be automatically sent to the AUSA of record.

<u>By: /s/ *Eugene V. Gorokhov*</u>
Eugene Gorokhov, D. Md. Bar. 07233
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
eugene@burnhamgorokhov.com
