18-335

MAR 24 2021

TO: The Honorable Judge George J. Hazel,

My name is Mr. Jashon Clarence Fields, and I understand that you may deal with multiple tasks daily in the courtroom, and that my case may not have been that important to you as other cases, but to me it is... because it's my life, and I'm also very aware of this tremendous ongoing impact the coronavirus had done, and still is affecting, and plaguing us all today.

Your Honor, in Dec. 2019 trial was set and I was ready, but the prosecution requested for more time and it was granted, and a new trial date was set for April 2020, but due to the pandemic trial was postpone again until the re-opening later that year, and still no trial date was set... Now it's year 2021, and as of Feb. 26, 2021 I've been told four different trial dates which includes Aug. 30, 2021, so your Honor at what point is a human being constitutional rights going to be viewed as being violated...

Your Honor I understand that Covid-19 is serious, and that we all have lost love ones because of it... Covid-19 change history for us all and now we must take the proper protocols and live with it, but not in fear of it... so in these critical times your Honor please grant us a bench trial, because you know that no vaccine is 100%, and vaccination shots is not promising for nobody by that time or this year...

so delaying this case will not change the outcome of covid-19 cases that is still spiking out of control and showing no signs slowing down, so please your Honor grant us a bench trial so I can move forward with my life.... So your Honor I hope that I hear back from "you" in regards to my situation so we can resolve this matter.

Respectfully Submitted by,

*Jashon C. Fields*
3.18.2021

Sworn and subscribed to before me this 18th day of September 2021.

*Shelia N. Brunson*
Shelia N. Brunson

My Commission expires: 2-6-2025